**FILED**



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

**4:55 pm, 8/6/26**

**Margaret Botkins
Clerk of Court**

CARLOS IGNACIO BOJANA PINZON,

Petitioner,

v.

RUBEN LEYVA, et al,

Respondents.

Case No. 26-CV-228-R

## FINAL JUDGMENT

On July 31, 2026, Carlos Ignacio Bojana Pinzon filed a § 2241 petition in this Court. [ECF No. 1]. He also filed an Emergency Motion to Stay Transfer During Pendency of Petition. [ECF No. 3]. The Court ordered expedited briefing on the issue. [ECF No. 10]. In the meantime, Mr. Bojana appeared at an August 4, 2026 bond hearing in West Valley City, Utah. The Utah court ordered Mr. Bojana be released on a $2,500 bond. [ECF No. 13, at 2]; [ECF No. 14, at 1]. After the hearing, the Court found that Mr. Bojana's emergency motion and petition were moot.

2

**NOW, THEREFORE, IT IS ORDERED** final judgment is entered in favor of Petitioner and this case is closed.

Dated this 6th day of August, 2026.

Kelly H. Rankin
United States District Judge

2